(105 So. 924)

Jim LOVE v. STATE. (2 Div. 327.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Dallas County; S. F. Hobbs, Judge.

---

[1] Ante, p. 354.

SAMFORD, J. The defendant was charged by indictment with having in his possession one quart of whisky, and in a separate count with selling a quart of whisky. The evidence for the state makes out a clear case against the defendant. The evidence fixes the time within 12 months before the finding of the indictment. The questions were for the jury. There is no prejudicial error in the record. Let the judgment be affirmed. Affirmed.